EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Fax No. (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 22 2004

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>JOSEPH BEAUDOIN,<br>   aka "Joey,"<br><br>            Defendant. | CR. NO. CR04-00130 SOM<br><br>INFORMATION<br>[21 U.S.C. §§ 841(a)(1) and 843(b)] |

INFORMATION

The United States Attorney charges that:

That on or about November 30, 2000, in the District of Hawaii, the defendant JOSEPH BEAUDOIN aka "Joey" did knowingly and intentionally use, and cause to be used, a communications facility, that is, a telephone, in causing or facilitating the

commission of a possession, with intent to distribute, of fifty (50) grams of 3, 4 - Methylenedioxymethamphetamine/MDMA, a Schedule I controlled substance, a felony under Title 21 United States Code, Section 841(a)(1).

All in violation of Title 21 United States Code, Section 843(b).

DATE: _March 22, 2004_, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section


_____
THOMAS MUEHLECK
Assistant U.S. Attorney


United States v. Joseph Beaudoin, aka "Joey"
Cr. No. _____
INFORMATION